**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**

**To: Chris Daniel**                                                          **June 12, 2015**
**County:  Harris (Criminal)**

**Subject:  RETURN OF ORIGINAL EXHIBITS**

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**

| 14-14-00828-CR | DeSergio Geterus  Parrish v The State of Texas | 1421465 |
|---|---|---|
| | State's Exhibit 5, a DVD | |
| | State's Exhibit 15, a CD | |
| | State's Exhibit 15A, a CD | |
| | State's Exhibit 22, a CD | |

Received by: _____

Received on: _____